IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ABSALOM SHREVES, #132380, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO 2:16-cv-091-WHA |
| | ) | |
| JEFFERSON S. DUNN, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #23), entered on June 10, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that Plaintiff's motion for class certification contained in his Motion for Acknowledgement from the Court (Doc. #16) is DENIED. This case is referred back to the magistrate Judge for further proceedings.

DONE this 5th day of July, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE