IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ABSALOM SHREVES, #132380, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:16-CV-91-WHA |
| | )              (WO) |
| | ) |
| JEFFERSON S. DUNN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #33) entered on August 3, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED

2. This case is DISMISSED without prejudice for failure of the Plaintiff to prosecute this action and to comply with the orders of the court.

DONE this 2nd day of September, 2016.

/s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE